| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Dunne, Dunne & Cohen, LLC<br>683 Kearny Avenue<br>Kearny, NJ 07032 | U.S. BANKRUPTCY COURT<br>FILED<br>NEWARK, NJ<br><br>2017 AUG -8  P 2: 04<br><br>[signature]<br>DEPUTY CLERK<br><br>**CERTIFICATION OF COUNSEL** |
| In Re:<br>Roseanne Guizio | Case Number: 17-21831-SLM<br>Hearing Date: _____<br>Judge: Hon. Stacey Meisel<br>Chapter: 7 |

I, F.R. "Chip" Dunne, III, Esq., being of full age and sound mind hereby Certify the following:

1. I am attorney at law of the State of New Jersey and am an associate with the Firm of Dunne, Dunne & Cohen, LLC. I am the attorney responsible for representing the Debtor, Alfred Dematos and Elizabeth Dematos, with regard to this matter.
2. This matter was dismissed for failure to file a missing document, The Statement of Financial Affairs, but to my knowledge this document was submitted to the Court on July 14, 2017 along with the other required documents.
3. In the event that the document was not received on June 14, 2017, a copy of the document is enclosed herewith.
4. All of the required documents have been submitted to the Court.
5. I request that the Debtor's Petition be reinstated and this matter be allowed to proceed.
6. There are no other outstanding documents in this matter.

I certify that the above statements are true to the best of my knowledge and understand that I am subject to penalty if any statement made is willfully false.

_____
F.R. "Chip" Dunne, III, Esq.